UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re:  **Operation of the Missouri River System Litigation** | ) ) ) ) | No. 03-MD-1555 (PAM) |
| STATE OF MISSOURI, ex rel. Jeremiah W. (Jay) Nixon, | ) ) ) ) | |
| vs. | ) ) | **Civil No. 0:06-cv-01616-PAM** |
| UNITED STATES ARMY CORPS OF ENGINEERS, FRANCIS J. HARVEY, SECRETARY OF THE ARMY, UNITED STATES DEPARTMENT OF DEFENSE, and BRIGADIER GENERAL GREGG F. MARTIN | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

Upon the joint request of the parties, the Court enters the following scheduling order:

June 30, 2006   The defendants shall file and serve the certified index to the agreed administrative record. All amendments to the pleadings, if any, shall be filed.

July 15, 2006   The defendants shall serve the agreed administrative record.

August 4, 2006   The parties shall file and serve all dispositive motions.

August 25, 2006   The parties shall file and serve memoranda in opposition to motions previously filed. Amicus curiae briefs, if any, shall be filed and served.

September 8, 2006   The parties shall file and serve reply briefs and responses to amicus curiae briefs.

Oral argument is scheduled for 11:30 a.m., on September 21, 2006.

The parties may vary the deadlines set in this order by mutual consent, except that all briefing must be concluded by September 8, 2006 unless changed by further order of this Court.

Date:   June __28__, 2006

s/Paul A. Magnuson
Judge Paul A. Magnuson