UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **In re: Operation of the Missouri River System Litigation** | ) ) ) | Cause No. MDL-1555-PAM |
| STATE OF MISSOURI, ex rel. Jeremiah W. (Jay) Nixon, | ) ) ) | **CIVIL NO. 06-CV-01616 (PAM)** |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, FRANCIS J. HARVEY, SECRETARY OF THE ARMY, UNITED STATES DEPARTMENT OF DEFENSE, and BRIGADIER GENERAL GREGG F. MARTIN, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Having reviewed the State of Nebraska's motion for leave to participate in this action as *amicus curiae* (Document No. 3), and good cause appearing therefore:

IT IS HEREBY ORDERED:

The State of Nebraska's motion is granted. Nebraska shall be entitled to participate in this proceeding as *amicus curiae*. This Order does not preclude the State from later moving to intervene as a full party to this litigation should the State deem such action appropriate.

Dated: August  7 , 2006

                                                         s/Paul A. Magnuson
                                                         Paul A. Magnuson
                                                         United States District Judge